[No. 4083–II. Division Two. October 10, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS CLAY LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 10255, J. Dean Morgan, J., entered March 13, 1979. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Petrich, J., and Cochran, J. Pro Tem.

[No. 7490–3–I. Division One. October 13, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN JAMES UNRUH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86315, Gerard M. Shellan, J., entered April 5, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Dore and Durham–Divelbiss, JJ.

[No. 7999–9–I. Division One. October 13, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID PHILMLEE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–8–00085–1, Stephen M. Reilly, J., entered September 17, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Pearson and Ringold, JJ.